

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Ricardo Rodriguez,

Vs. No. 11-21-00043-CV

The State of Texas,

\* From the 266th District Court
of Erath County,
Trial Court No. CR 12823.

\* October 14, 2021

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of prosecution.   Therefore, in accordance with this court's opinion, the appeal is dismissed.